The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LMAR LAY, individually and for other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BETACOM HOLDINGS INC., Washington for profit corporation; BETACOM INCORPORATED, a Florida for profit corporation,<br><br>　　　　　Defendants. | Case No. 2:24-CV-01195-RSM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 4, 2024** |

　　WHEREAS, pursuant to Fed R. Civ. P. 6(b)(1)(A), Plaintiff LMar Lay and Defendants Betacom Holdings, Inc., and Betacom Incorporated stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint until September 20, 2024. Counsel for Plaintiff and Defendants have conferred regarding this request. Good cause exists for this request because of the complex nature of the putative class action allegations in Plaintiff's Complaint.

　　By execution of this stipulation, Defendants do not waive any defenses. All parties preserve all of their respective rights and positions, and all sides agree that the execution of this stipulation shall not impact their respective rights and positions.

　　WHEREAS, Defendants have not requested previous extensions from this Court. A

proposed order is submitted with this stipulation.

      IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their counsel and subject to approval of this Court.

      DATED this 4th day of September 2024.

| | |
|---|---|
| FOX ROTHSCHILD LLP<br><br>*s/ James E. Breitenbucher*<br>James E. Breitenbucher, WSBA #27670<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Tel 206.624.3600/Fax 206.389.1708<br>Email: jbreitenbucher@foxrothschild.com | Nikki H. Howell*<br>Nicholas J. Walker*<br>FOX ROTHSCHILD LLP<br>4900 Main Street, Suite 150<br>Kansas City, MO 64112<br>Tel 816.919.7900/Fax 816.919.7901<br>Email: nhowell@foxrothschild.com<br>        nwalker@foxrothschild.com<br><br>*Pro Hac Vice Applications Forthcoming* |

*Attorneys for Defendants Betacom Holdings Inc. and Betacom Incorporated*

| | |
|---|---|
| **FRANK FREED SUBIT & THOMAS, LLP**<br><br>*s/ Michael C. Subit*<br>Michael C. Subit, WSBA #29189<br>msubit@frankfreed.com<br>705 Second Ave., Suite 1200<br>Seattle, Washington 98104<br>Telephone: 206.682.6711<br><br>**JOSEPHSON DUNLAP, LLP**<br>Michael A. Josephson*<br>mjosephson@mybackwages.com<br>Andrew W. Dunlap*<br>adunlap@mybackwages.com<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Telephone: 713.352.1100 | **BRUCKNER BURCH, PLLC**<br>Richard J. (Rex) Burch*<br>rburch@brucknerburch.com<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>Telephone: 713.877.8788<br><br>**ANDERSON ALEXANDER, PLLC**<br>William C. (Clif) Alexander*<br>clif@a2xlaw.com<br>Austin W. Anderson*<br>austin@a2xlaw.com<br>101 N. Shoreline Blvd., Suite 610<br>Corpus Christi, Texas 78401<br>Telephone: 361.452.1279<br><br>*Pro Hac Vice Applications Forthcoming* |

*Attorneys for Plaintiff LMar Lay*

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(2:24-CV-01195-RSM) - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

## **ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation for Extension of Time for Defendant Betacom Holdings, Inc. and Betacom Incorporated to respond to the Complaint is GRANTED.

DATED this 5th day of September, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(2:24-CV-01195-RSM) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600