The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LMAR LAY, individually and for other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETACOM HOLDINGS INC., Washington for profit corporation; BETACOM INCORPORATED, a Florida for profit corporation,<br><br>Defendants. | Case No. 2:24-CV01195-RSM<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS FOR CONDITIONAL AND CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR: JANUARY 30, 2025 |

Pursuant to Fed R. Civ. P. 6(b)(1)(A), Plaintiff LMar Lay and Defendants Betacom Holdings, Inc., and Betacom Incorporated stipulate to extend the time for Plaintiff to file his Motion for Conditional Certification and Motion for Class Certification. Under the extended schedule, Plaintiff's deadline to file his Motion for Conditional Certification will be extended to March 28, 2025. Plaintiff's deadline to file his Class Certification motion will be extended to May 16, 2025.

Counsel for Plaintiff and Defendants have conferred regarding this request. Good cause exists for this request because of the complex nature of the putative class action allegations in

Plaintiff's Complaint.

Plaintiff has not requested previous extensions from this Court. A proposed order is submitted with this stipulation.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their counsel and subject to approval of this Court.

DATED this 30th day of January 2025.

**FOX ROTHSCHILD LLP**

*s/ James E. Breitenbucher*
James E. Breitenbucher, WSBA #27670
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel 206.624.3600/Fax 206.389.1708
Email: jbreitenbucher@foxrothschild.com

Nikki H. Howell*
Nicholas J. Walker*
FOX ROTHSCHILD LLP
4900 Main Street, Suite 150
Kansas City, MO 64112
Tel 816.919.7900/Fax 816.919.7901
Email: nhowell@foxrothschild.com
          nwalker@foxrothschild.com

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Defendants Betacom Holdings Inc. and Betacom Incorporated*

**JOSEPHSON DUNLAP, LLP**

*s/ Alyssa J. White*
Michael C. Subit, WSBA #29189
msubit@frankfreed.com
**FRANK FREED SUBIT & THOMAS, LLP**
705 Second Ave., Suite 1200
Seattle, Washington 98104
Telephone: 206.682.6711

Michael A. Josephson*
mjosephson@mybackwages.com
Andrew W. Dunlap
adunlap@mybackwages.com
Alyssa J. White
awhite@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713.352.1100

**BRUCKNER BURCH, PLLC**
Richard J. (Rex) Burch*
rburch@brucknerburch.com
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713.877.8788

**ANDERSON ALEXANDER, PLLC**
William C. (Clif) Alexander*
clif@a2xlaw.com
Austin W. Anderson*
austin@a2xlaw.com
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Telephone: 361.452.1279

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiff LMar Lay*

## **ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation for Extension of Time for Plaintiff to file his Motions for Conditional and Class Certification is GRANTED.

DATED this _____ day of January, 2025.

                                                                                     Ricardo S. Martinez
                                                                                     United States District Judge