The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LMAR LAY, Individually and for Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>BETACOM HOLDINGS, INC., a Washington for-profit corporation, and BETACOM INCORPORATED, a Florida for-profit corporation,<br><br>        Defendant. | Case No: 2:24-cv-001195-RSM<br><br>**ORDER APPROVING FLSA SETTLEMENT** |

Having reviewed the papers and documents presented and having considered the matter, the Court hereby GRANTS Plaintiff's Motion as set forth below.

1.    This Order Approving FLSA Settlement and Providing for Notice to the Settlement Class incorporates herein and makes part hereof, the Settlement, including the Exhibits thereto. Unless otherwise defined herein, all capitalized terms used herein shall have the same meanings as set forth in the Settlement.

2.    The Court reviewed the Settlement and concludes that the Settlement resolves a bona fide dispute, is fair and reasonable, that it is in the best interests of the Parties and the Putative Class

[PROPOSED] ORDER APPROVING
FLSA SETTLEMENT – Page 1

2:24-cv-001195-RSM
175681326.1

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

Members, and that it should be and hereby is approved. Likewise, the determination of the individual payments as sets forth in the Settlement is approved as a fair, equitable, and reasonable allocation of the maximum gross settlement amount. Accordingly, the Settlement which provides for a maximum gross settlement amount of $1,200,000 is hereby approved in accordance with the Fair Labor Standards Act and it shall be administered in accordance with its terms.

3.	The Court finds the allocation of the gross settlement amount to be fair and reasonable and is approved.

4.	The Court finds the releases identified in the Settlement to be fair and reasonable and are approved.

5.	The Court finds the attorneys' fees of $400,000 are fair and reasonable and are approved.

6.	The Court finds the reimbursement of litigation expenses of $19,000 to be reasonable and is approved.

7.	The Court finds the Service Award of $10,000 to be reasonable and is approved.

8.	The Court finds the Notice and Claim Form to be fair and reasonable and they are approved.

9.	The Parties agree to settle this dispute in a manner that gives all Putative Class Members the choice about whether to participate in the Settlement and release their claims in exchange for a settlement payment.

10.	The Settlement is approved, and this approval Order and the Settlement are binding upon the Parties and the Settlement Plaintiffs.

11.	This civil action is dismissed with prejudice.

ORDER APPROVING FLSA
SETTLEMENT – Page 2

2:24-cv-001195-RSM
175681326.1

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

IT IS SO ORDERED.

Dated this 21st day of August, 2025

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Andrew W. Dunlap*
Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com


/s/ *Michael C. Subit*
Michael C. Subit, WSBA # 29189
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Tel: (206) 682-6411
msubit@frankfreed.com

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

William C. (Clif) Alexander
Austin W. Anderson
**ANDERSON ALEXANDER, PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Telephone: 361.452.1279
clif@a2xlaw.com
austin@a2xlaw.com

*Attorneys for Plaintiff, Class, and Collective Members*

ORDER APPROVING FLSA
SETTLEMENT – Page 3

2:24-cv-001195-RSM

175681326.1

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100